**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| LAWRENCE BOSS,<br>DONNELL WOLFE,<br>THADDEUS THOMAS, and<br>RAFFIEK GRAHAM,<br><br>        Plaintiffs,<br><br>    v.<br><br>Mr. S. DAVIS ET AL.,<br><br>        Defendants. | Civil No. 14cv5771(SRC)<br><br>**MEMORANDUM AND ORDER** |

**CHESLER**, District Judge:

Plaintiffs are civilly committed detainees, confined at East Jersey State Prison. (Complaint, Doc. No. 1.) On September 16, 2014, the Clerk received Plaintiffs' civil rights complaint but it was unaccompanied by applications to proceed without prepayment of fees (*in forma pauperis* or "IFP") from each individual Plaintiff.[1] While Plaintiffs may join in a civil rights complaint when they meet the joinder requirements of Federal Rule of Civil Procedure 20,[2] each Plaintiff must

---

[1] The court received IFP applications from Thaddeus Thomas and Raffiek Graham.
[2] If they assert a joint or several right to relief arising out of the same transaction, occurrence, or series of transactions

1

establish that he qualifies to proceed without prepaying fees. Hagan v. Rogers, 570 F.3d 146, 153 (3d Cir. 2009).

Plaintiffs will be given the opportunity to correct this deficiency either by paying the filing fee or by each submitting an individual and properly completed IFP application accompanied by their civil rights complaint.

**IT IS**, therefore, on this _____ day of March 2015,

**ORDERED** that the Clerk shall administratively terminate this matter by making a new and separate entry reading, "CIVIL CASE TERMINATED." Such termination shall be subject to reopening; and no statement in this Memorandum and Order shall be construed as withdrawal of this Court's jurisdiction over this matter; and it is further

**ORDERED** that Plaintiffs may renew their application in this matter by submitting, within thirty days from the date of entry of this Memorandum and Order, separate and properly executed IFP applications from each individual Plaintiff, accompanied by their civil rights complaint; and it is further

**ORDERED** that the Clerk shall serve this Memorandum and Order upon Plaintiffs by regular U.S. Mail, together with four

---

or occurrences; and if there is any question of law or fact common to all plaintiffs.

of the following blank forms: "Application to Proceed In Forma Pauperis-NonPrisoner"

**STANLEY R. CHESLER**
**UNITED STATES DISTRICT JUDGE**